■ In the Matter of the Arbitration between PERSONAL LINEN SUPPLY CO., INC., Appellant, and LOUIS SIMON, as Secretary-Treasurer of Amalgamated Laundry Workers Joint Board, Amalgamated Clothing Workers of America, Respondent.— In a proceeding pursuant to CPLR 7503 to enjoin the arbitration of a dispute arising under a clause in a collective bargaining agreement alleged to be void as a restraint of trade, the petitioner appeals from an order of the Supreme Court, Nassau County, entered February 2, 1965, which denied its

application and granted respondent's motion to compel arbitration. Appeal dismissed, with $10 costs and disbursements, as moot. It appears that the arbitration in question has been concluded. Christ, Acting P. J., Brennan, Hill, Hopkins and Benjamin, JJ., concur.